### 18146.   HOLDEN *v.* HARMON.

LUKE, J. The issue in the trial of a processioning case is not as to title to the land (*McAlpin* v. *Thompson*, 29 *Ga. App.* 495 (7), 116 S. E. 64), and where the plaintiff introduces in evidence the petition to the processioners, with all entries thereon, including the affidavit as to service on the adjoining landowners, and the return of the processioners, and the surveyor's plat, a prima facie case is made out. *Castleberry* v. *Parrish*, 135 *Ga.* 527 (3 *a*) (69 S. E. 817), and cit.; *Georgia Talc Co.* v. *Cohutta Talc Co.*, 140 *Ga.* 245 (4), 247 (78 S. E. 905).

In the instant case an amendment to the plat and to the return of the processioners was allowed without objection. Such an amendment was allowable. *Thornton* v. *Hitchcock*, 139 *Ga.* 749 (78 S. E. 179). The proceedings as amended and as introduced in evidence made out a prima facie case, and the court erred in dismissing the case. The case of *Rawls* v. *Nowell*, 133 *Ga.* 874 (67 S. E. 187), is distinguished from this case by its particular facts.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED AUGUST 12, 1927.

Processioning; from Cherokee superior court—Judge John S. Wood. February 28, 1927.

*H. F. Sharp, H. G. Vandiviere,* for plaintiff.

*E. W. Coleman,* for defendant.

---

Boundaries, 9 C. J. p. 250, n. 67; p. 251, n. 88; p. 252, n. 3; p. 253, n. 14.